UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT CHARUGUNDLA, <u>et</u> <u>al.</u>,

                       Plaintiffs,

-v-                                            CIVIL ACTION NO. 25 Civ. 2314 (AS) (SLC)

THOMAS E. LASALA, <u>et</u> <u>al.</u>,                    **<u>ORDER</u>**

                       Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 37). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **July 31, 2025, at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on WebEx or by the parties on an alternative platform).

Dated:     New York, New York
             July 11, 2025

                                                SO ORDERED.

                                                _/s/ Sarah L. Cave_
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**