UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT CHARUGUNDLA, et al.,

                          Plaintiffs,

          -v-                                          CIVIL ACTION NO. 25 Civ. 2314 (AS) (SLC)

                                                                      **ORDER**

THOMAS E. LASALA, et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        The Court previously scheduled a Telephone Conference for July 31, 2025, at 3:00 p.m.
ET.  (ECF No. 38).  The Court is in receipt of Defendant Michael B. First, M.D.'s ("First") letter
requesting to be relieved from attending the July 31, 2025 Telephone Conference, or
alternatively, to adjourn the Telephone Conference until the Plaintiffs convey a settlement
demand.  (ECF No. 39).  The Court is also in receipt of Plaintiffs' opposition to First's request.
(ECF No. 40).

        The Court ORDERS that all parties are required to attend the Telephone Conference on
**July 31, 2025, at 3:00 p.m. ET**.  (ECF No. 38).

Dated:        New York, New York
              July 29, 2025

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**