John W. Barker *
Gary W. Patterson, Jr. * ●
Jeffrey R. Nichols * ●
Mamie Stathatos-Fulgieri *
Dylan Braverman *
Kiki Chrisomallides * ●
Scott A. Singer *
Gregg D. Weinstock * ●+
Adam S. Covitt *+
Megan A Lawless * ●
Ralph Vincent Morales *

Kevin D. Porter *
Susan Vari *
Brian Andrews *
Edward J. Arevalo *
Robert Boccio *
Dawn Bristol *
Conrad A. Chayes, Jr. *
Gilbert H. Choi *
Joshua R. Cohen *
Charles K. Faillace *
Taryn M. Fitzgerald *

Danielle M. Hansen *
Anna Hock *
Thomas Jaffa *
Gemma Kenney * ●+
Douglas Langholz*
Timothy P. Lewis ¤
Jennifer M. Lobaito * ●
Rosemary E. Martinson* ●
Neil Mascolo, Jr. *
Christian McCarthy * ●
Adonaid Medina * ●
Michael Milchan *
Joseph P. Muscarella *
Miles S. Reiner *
Bhalinder L. Rikhye *
Matthew Shindell ●Δ
Tammy A. Trees *
Karolina Wiaderna *
Arthur I. Yankowitz *+



Allen Alex †
Cielle Avena ●
Zachary Benoit *
Theresa A. Bohm *
Kelly Bronner *
Julia R. Bryant †
Stephen Mario Cardarelli †
Olivia R. Connor ¤
Patrick Duffy †
Raymond Farrell * ●
Andrew M. Hansen ● Δ
Lauren P. Ingvoldstad†
Courtney Kennedy *
Patrick La Rosa †
Robert Lobaito †
Rachel McGarry * ● Δ
Jocelyn Miller †
Jeremy Moldovan * ● Δ
Alexandra Nieto *
Kayla Nieves * ●
Declan O'Connor †
Gunjan Persaud *
Alesha N. Powell * ●+
Kevin Qu *
Aiden Ryder †
Nicole A. Wolfer *+
Brandon Wong *
Samuel Youssof ● ●
Spiridoula Zolotas *

Of Counsel
Danielle M. Barfield ¤
David M. Bierman ¤
Angela R. Bonica * ●+
Tricia M. Criscito *
Brian DiPentima * ●
Roseann V. Driscoll *
Joseph D. Furlong *
Rani B. Kulkarni *
Nicole E. Martone *
Daniel O'Connell * ●¤
Seema Palmerson *
Bonnie LS. Parente *
Carolyn Rankin *
Nicole C. Salerno * ●
Valerie L. Siragusa *
Gonzalo Suarez *
Alexandra Zerrillo * ●+

*  Admitted to Practice in NY
●  Admitted to Practice in NJ
+  Admitted to Practice in CT
Δ  Admitted to Practice in PA
¤  Admitted to Practice in FL
†  Admission Pending

September 29, 2025

United States District Court
Southern District of New York
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 18A
New York, New York 10007

> Defendants' request at Dkt. No. 44 is **GRANTED**. The Settlement Conference scheduled for October 7, 2025 at 10:00 a.m. ET is **CANCELLED**. A Telephone Conference to reschedule the Settlement Conference is scheduled for **October 30, 2025, at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a rescheduled Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on WebEx or by the parties on an alternative platform).
>
> The Clerk of Court is respectfully directed to close Dkt. No. 44.
>
> SO ORDERED.    September 29, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:    Charugundla v. First, M.D.
       Docket No. 25-CV-2314

Dear Magistrate Cave:

      The undersigned represents Defendant Michael B. First, M.D., in the above-referenced matter. This matter is currently scheduled for an in-person settlement conference before Your Honorable on October 7, 2025. Last week, on September 22, 2025, Judge Subramanian issued a decision (ECF. 43) on the Defendants' motions to dismiss. Defendant Dr. First's motion was granted and the Complaint was dismissed as to Dr. First. Defendants Monarch Condominium' motion was granted in part and denied in part. The Court further provided that any amendments to the Complaint must be filed by tomorrow, September 30, 2025. To date, no paper discovery was exchanged and the parties have yet to hold any depositions. Given the procedural posture, the undersigned is seeking an adjournment of the settlement conference before this Court. Even if the plaintiffs amend the Complaint as to Dr. First, Dr. First anticipates moving to dismiss it. We believe that, at this juncture, any settlement discussions would be futile. Codefendants agree with Dr. First's position and join in on the application to adjourn the conference. The plaintiffs oppose it.

      I thank the Court for its time and attention to this matter.

Sincerely,

*Karolina Wiaderna*
Karolina Wiaderna

cc: Via Pacer

    Mitchell Sandler PLLC
    Attorney for Plaintiffs
    lmarkowitz@mitchellsandler.com

    FOX ROTHSCHILD LLP
    Attorneys for Defendants
    Thomas E. LaSala, Claudio Calado, Bernar Bekior, Jessica Xiaoqing Ma, Marty Koffman, Michael Niemtzow and The Monarch Condominium
    jfuller@foxrothschild.com