

John W. Barker *
Gary W. Patterson, Jr. * ●
Jeffrey R. Nichols * ●
Mamie Stathatos-Fulgieri *
Dylan Braverman *
Kiki Chrisomallides * ¤
Scott A. Singer *
Gregg D. Weinstock *●+¤
Adam S. Covitt *+
Megan A. Lawless *●
Ralph Vincent Morales *

Kevin D. Porter *
Susan Vari *
Brian Andrews *
Edward J. Arevalo *
Robert Boccio *
Dawn Bristol *
Conrad A. Chayes, Jr. *
Gilbert H. Choi *
Joshua R. Cohen *
Charles K. Faillace *
Taryn M. Fitzgerald *

Danielle M. Hansen *
Anna Hock *
Thomas Jaffa *
Gemma Kenney *●+
Douglas Langholz*
Timothy P. Lewis *
Jennifer M. Lobaito *●
Rosemary E. Martinson*●
Neil Mascolo, Jr. *
Christian McCarthy *●
Adonaid Medina *●
Michael Milchan *
Joseph P. Muscarella *
Miles S. Reiner *
Bhalinder L. Rikhye *
Matthew Shindell ●Δ
Tammy A. Trees *
Karolina Wiaderna *
Arthur I. Yankowitz *+

Allen Alex †
Cielle Avena ●
Zachary Benoit *
Theresa A. Bohm *
Kelly Bronner *
Julia R. Bryant †
Stephen Mario Cardarelli †
Olivia R. Connor ¤
Patrick Duffy †
Raymond Farrell *●
Andrew M. Hansen ● Δ
Lauren P. Ingvoldstad†
Courtney Kennedy *
Patrick La Rosa †
Robert Lobaito †
Rachel McGarry * ● Δ
Jocelyn Miller †
Jeremy Moldovan * ● Δ
Alexandra Nieto *
Kayla Nieves *●
Declan O'Connor †
Gunjan Persaud *
Alesha N. Powell *●+
Kevin Qu *
Aiden Ryder †
Nicole A. Wolfer *+
Brandon Wong *
Samuel Youssof ●Δ
Spiridoula Zolotas *

*Of Counsel*
Danielle M. Barfield ¤
David M. Bierman *
Angela R. Bonica *●+
Tricia M. Criscito *
Brian DiPentima *
Roseann V. Driscoll *
Joseph D. Furlong *
Rani B. Kulkarni *
Nicole E. Martone *
Daniel O'Connell *¤
Seema Palmerson *
Bonnie LS. Parente *
Carolyn Rankin *
Nicole C. Salerno *●
Valerie L. Siragusa *
Gonzalo Suarez *
Alexandra Zerrillo *●+

\* Admitted to Practice in NY
● Admitted to Practice in NJ
+ Admitted to Practice in CT
Δ Admitted to Practice in PA
¤ Admitted to Practice in FL
† Admission Pending

> The request of Defendant Michael B. First, M.D. at Dkt. No. 54 is **GRANTED**. The Telephone Conference scheduled for October 30, 2025 at 11:00 a.m. ET (Dkt. No. 45) to discuss the rescheduling of a Settlement Conference is **ADJOURNED** to **November 13, 2025 at 11:30 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a rescheduled Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on WebEx or by the parties on an alternative platform).
>
> The Clerk of Court is respectfully directed to close Dkt. No. 54.
>
> SO ORDERED.   October 27, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

October 27, 2025

United States District Court
Southern District of New York
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 18A
New York, New York 10007

      Re:    Charugundla v. First, M.D.
             Docket No. 25-CV-2314

Dear Magistrate Cave:

     The undersigned represents Defendant Michael B. First, M.D., in the above-referenced matter. This matter is currently scheduled for a telephone conference before Your Honorable on October 30, 2025 to discuss the scheduling of a Settlement Conference.

     On consent of all parties, the undersigned is seeking an adjournment of the conference. The undersigned is unexpectedly set to move on 10/30/25and is therefore unavailable--a conflict that was previously not known to the undersigned. Counsel for the Plaintiffs is away from Tuesday to Friday of next week. Therefore, the parties are seeking to schedule the conference in the second or third week of November.

     I thank the Court for its time and consideration.

                                           Sincerely,
                                           *Karolina Wiaderna*
                                           Karolina Wiaderna

cc:    Via Pacer

Mitchell Sandler PLLC
Attorney for Plaintiffs
lmarkowitz@mitchellsandler.com

FOX ROTHSCHILD LLP
Attorneys for Defendants
Thomas E. LaSala, Claudio Calado, Bernar Bekior, Jessica Xiaoqing Ma, Marty Koffman, Michael Niemtzow and The Monarch Condominium
jfuller@foxrothschild.com