

Two Commerce Square
2001 Market Street
17th Floor
Philadelphia, PA  19103
📞 215.299.2000  🖨 215.299.2150

JOHN C. FULLER
Direct No: 215.299.3815
Email: JFuller@FoxRothschild.com

> Defendants' request at Dkt. No. 56 is **GRANTED**.  The Telephone Conference scheduled for November 13, 2025 at 11:30 a.m. ET to discuss the rescheduling of a Settlement Conference (Dkt. No. 55) is **ADJOURNED** to **November 18, 2025 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.  The parties shall be prepared to discuss their availability, and that of their clients, for a rescheduled Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on WebEx or by the parties on an alternative platform).
>
> The Clerk of Court is respectfully directed to close Dkt. No. 56.
>
> SO ORDERED. October 28, 2025
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

October 28, 2025

United States District Court
Southern District of New York
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 18A
New York, New York   10007

      **Re:**    **Charugundla v. Thomas E. Lasala, et al.**
               **USDC, SDNY; Civil Action No.:  25-cv-2314-AS**

Dear Judge Cave:

The undersigned represents Defendants, Thomas E. LaSala, Claudio Calado, Bernar Bekirov, Jessica Xiaoqing Ma, Marty Koffman, Michael Niemtzow, and The Monarch Condominium (collectively, the "Monarch Defendants"), in the above-referenced matter. By Order dated October 27, 2025 [ECF No. 55], the Court adjourned the telephone conference regarding the scheduling of a Settlement Conference before Your Honorable to November 13, 2025.

Undersigned counsel will be traveling and unavailable on November 13 and 14, 2025. On consent of all parties, the undersigned is seeking an adjournment of the conference. All counsel has confirmed that they are available during the week of November 17, 2025. Accordingly, we respectfully request that the Court set the conference for that week or thereafter.

We thank the Court for its time and consideration of this matter.

                                          Respectfully submitted,

                                          John Fuller

JCF/gg
cc: All Counsel of Record (via ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington