UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kent Charugundla, et al.,<br><br>      Plaintiffs,<br><br> -against-<br><br>Thomas E. Lasala, et al.,<br><br>      Defendants. | 25-cv-2314 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Defendant Michael B. First's motion to stay discovery pending resolution of defendants' motion to dismiss and plaintiffs' motion for leave to file a second amended complaint is GRANTED. Discovery with respect to First (but not the remaining defendants) is hereby STAYED pending the resolution of those motions.

 The Clerk of Court is respectfully directed to terminate the motion at Dkt. 61.

   SO ORDERED.

Dated: December 2, 2025
   New York, New York

               _____
                ARUN SUBRAMANIAN
               United States District Judge