

Lucas A. Markowitz
Partner
lmarkowitz@mitchellsandler.com
973-886-3080

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 77.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 15, 2026

May 15, 2026

**<u>VIA ECF FILING</u>**

Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 250
New York, NY 10007

Re: *Charugundla v. LaSala, et al.*, No. 1:25-cv-02314
**Request to Stay All Deadlines**

Dear Judge Subramanian:

Plaintiffs Kent and Marguerite Charugundla and the Condo Defendants jointly request[1] to stay all deadlines in the above referenced matter. The Parties are actively involved in settlement discussions and would like more time to see if they can resolve this case. If the Parties are unable to reach a settlement within the next three (3) weeks, they will file a letter advising the Court if they need to extend the stay or to reset the current case deadlines.

Respectfully submitted,

*/s/ Lucas A. Markowitz*
Lucas A. Markowitz, Esq
***Attorney for Plaintiffs***

*/s/ John C. Fuller*
Fox Rothschild LLP
***Attorney for Condo Defendants***
jfuller@foxrothschild.com

---

[1] Discovery is current stayed against Defendant Michael B. First, M.D.