

Lucas A. Markowitz
Partner
lmarkowitz@mitchellsandler.com
973-886-3080

June 5, 2026

**VIA ECF FILING**

Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 250
New York, NY 10007

Re: *Charugundla v. LaSala, et al.*, No. 1:25-cv-02314
**Request to Stay All Deadlines**

Dear Judge Subramanian:

Plaintiffs Kent and Marguerite Charugundla and the Condo Defendants jointly request[1] to continue the stay of all deadlines in the above-referenced matter. The Parties remain actively involved in settlement discussions and need additional time to see if they can reach an agreement to resolve this case. If the Parties are unable to reach a settlement within the next four (4) weeks, they will file a letter advising the Court if they need to extend the stay or to reset the current case deadlines. If the Parties reach a settlement, they will promptly notify the Court.

Respectfully submitted,

*/s/ Lucas A. Markowitz*
Lucas A. Markowitz, Esq
***Attorney for Plaintiffs***

*/s/ John C. Fuller*
Fox Rothschild LLP
***Attorney for Condo Defendants***
jfuller@foxrothschild.com

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 79.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 5, 2026

---

[1] Discovery is current stayed against Defendant Michael B. First, M.D.