UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT CHARUGUNDLA, et al.,

Plaintiffs,

-v-

THOMAS E. LASALA, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2314 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 31, 2026, the Honorable Arun Subramanian granted Plaintiffs' request to continue the stay in this case for another four weeks given that "the [p]arties remain[ed] actively involved in settlement discussions and need[ed] additional time to see if they can reach an agreement to resolve this case." (Dkt. No. 84 (the "July 31 Order")). Since the July 31 Order, however, the parties have not filed an update concerning their settlement negotiations. By **August 31, 2026**, the parties shall file a joint letter setting forth the status of their settlement negotiations.

Dated: New York, New York
August 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**