Fox Rothschild

Two Commerce Square
2001 Market Street
17th Floor
Philadelphia, PA 19103
215.299.2000 215.299.2150

JOHN C. FULLER
Direct No: 215.299.3815
Email: JFuller@FoxRothschild.com

**VIA ELECTRONIC FILING**

September 11, 2026

The Honorable Arun Subramanian, U.S.D.J.
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Charugundla v. Thomas E. Lasala, et al.**
**USDC, SDNY; Civil Action No.: 25-cv-2314-AS**

Dear Judge Subramanian:

This Firm represents Defendants, Thomas E. LaSala, Claudio Calado, Bernar Bekirov, Jessica Xiaoqing Ma, Marty Koffman, Michael Niemtzow and The Monarch Condominium (collectively, the "Monarch Defendants"), in the above-referenced Action. I submit this joint letter on behalf of all Parties regarding the status of settlement negotiations.

Pursuant to the Court's Order dated September 1, 2026 (Dkt. No. 89), the Parties appeared for a telephonic status conference before Magistrate Judge Cave earlier today to discuss the status of our settlement negotiations. The Parties informed Magistrate Judge Cave that they have now exchanged several drafts of their settlement agreement and believe that they have resolved the key points of contention. Subject to final client approval, counsel for the parties were generally in agreement in their belief that the remaining divides in the language of the agreement can be bridged.

Magistrate Judge Cave agreed to set a status conference for September 24, 2026 at 4:30 p.m. to discuss the status of settlement. It is the hope of all Parties that the settlement agreement will be finalized in advance of September 24th and that status conference will not be necessary.

Fox Rothschild



Accordingly, we respectfully request that this Court extend the stay of this Action until September 24, 2026, so that the Parties direct all efforts to finalizing the terms of their settlement agreement.

We appreciate the Court's ongoing consideration of this matter. We can make ourselves available should the Court wish to discuss any of the above.

Respectfully submitted,

John Fuller

cc: All Counsel of Record (via ECF)

GRANTED given the parties' assertions that settlement is imminent. However, in its July 31, 2026, order the Court noted that "it would be unable to continue a stay" after August 28, 2026. Dkt. 84. This parties should not ask for another extension.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 14, 2026